# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[2]<br><br>　　　　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>　　　　　　　　　　　Plaintiff,<br>　　　vs.<br><br>SUMNER ABRAMSON, IN HIS CAPACITY AS TRUSTEE OF THE SUMNER ABRAMSON REVOCABLE LIVING TRUST; SUMNER ABRAMSON,<br><br>　　　　　　　　　　　Defendants. | Adversary Proceeding<br>Case No. 19-50740 (JKS)<br><br>**Ref. Adv. Docket Nos. 17, 18, 21, 24** |

## ORDER VACATING: (I) CLERK'S ENTRY OF DEFAULT AND (II) JUDGMENT BY DEFAULT

Upon consideration of the Certification of Counsel;[3] and upon review of such certification; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The *Entry of Default* entered by the Court on June 19, 2020 [Adv. Docket No. 18] is hereby VACATED.

2. The *Judgment by Default* [Adv. Docket No. 21] entered by the Court on April 13, 2021 [Adv. Docket No. 24] is hereby VACATED.

---

[2] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[3] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

3. This Court shall have exclusive jurisdiction and power to resolve any dispute arising out of, relating to, or deriving from this Order and has the jurisdiction and power to enter a final order thereon.

Dated: October 25th, 2021
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE